# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BARBARA JOHNSON, )<br>    Plaintiff, )<br>)<br>VS. )<br>)<br>CITY OF MOBILE, *et al.*, )<br>    Defendants. ) | CIVIL ACTION NO. 10-00141-KD-B |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 1, 2010 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the Defendants' Motion to Dismiss is **DENIED** as premature.

**DONE** and **ORDERED** this the **17th** day of **September 2010.**

                                       /s/ Kristi K. DuBose
                                       **KRISTI K. DUBOSE**
                                       **UNITED STATES DISTRICT JUDGE**